UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| IN RE: | CASE NO. 3:13-MC-023 |
| NONJUDICIAL CIVIL FORFEITURE | Judges Jordan/Guyton |
| PROCEEDING | |

## ORDER TO DISMISS

Upon motion of the United States and for good cause shown, it is hereby **ORDERED** that the above-styled case and the United States' Motion to Extend Time to File Complaint for Forfeiture [Doc 1] are hereby **DISMISSED**.

ENTER:

_____
R. LEON JORDAN
UNITED STATES DISTRICT JUDGE

Submitted by:

WILLIAM C. KILLIAN
United States Attorney

*s/ Anne-Marie Svolto*
ANNE-MARIE SVOLTO
Assistant United States Attorney